**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6033**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JORGE PETTER,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:06-cr-00162-RAJ-JEB-1)

_____

Submitted:  April 26, 2012              Decided:  May 1, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jorge Petter, Appellant Pro Se.  Laura Marie Everhart, Assistant
United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Petter appeals the district court's order denying his motion for correction of judgment under Fed. R. Crim. P. 36. Because we conclude that there were no clerical errors, we affirm. See United States v. Buendia-Rangel, 553 F.3d 378, 379 (5th Cir. 2008) (affirming denial of Rule 36 motion where judgment lacked indicia of mistake or oversight, but rather reflected deliberate use of terminology employed). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED